

TRYN T. STIMART
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2055 Fax: (212) 554-9633
tstimart@gibbonslaw.com

April 10, 2017

**VIA ECF**

Chief Judge Colleen McMahon, U.S.D.J.
United State District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street; Courtroom 24A
New York, NY 10007-1312

Re: **GEMSHARES, LLC v. Cormac Kinney**
     **S.D.N.Y. Docket No. 17-cv-0844 – Civil Case Management Plan**

Dear Chief Judge McMahon,

The parties in the above action have reached agreement on a Civil Case Management Plan and respectfully request that the Court approve and enter the attached plan.

GemShares and Feldman are not withdrawing their pending motions to stay the case pending the Court's resolution of their respective motions to dismiss under Rule 12(c). (D.I. 34 and D.I. 40).

**MEMO ENDORSED**

Handwritten endorsement: 4/11/2017 — The case is STAYED & to take no action & place until the motions to dismiss are decided. No discovery. Nothing.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/17
```

Sincerely,

s/ Tryn T. Stimart
Tryn T. Stimart
Director

cc: All parties via ECF and e-mail